DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTWAUN SNELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3743

[April 19, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Anne Scherer, Judge; L.T. Case No. 01-17457-CF-10A.

Antwaun Snell, Jasper, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and CONNER, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*